1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS VERNARD BLAKELY, ) | 1:08-cv-00269 OWW GSA |
| ) | |
| ) | |
| Plaintiff, ) | ORDER REQUIRING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE |
| v. ) | |
| ATTORNEY'S DIVERSIFIED SERVICE, ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

Plaintiff, a state prisoner proceeding pro se, filed a complaint against Attorney's Diversified Service on February 22, 2008.  However, Plaintiff did not file an application to proceed in forma pauperis or pay the filing fee.

Accordingly, Plaintiff is ORDERED to submit an application to proceed in forma pauperis, along with all necessary documentation, or pay the $350.00 filing fee, within thirty (30) days of the date of service of this order.  The Clerk of the Court shall send Plaintiff the appropriate application.

Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **February 29, 2008**                    **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

1