# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEWIS VERNARD BLAKELY, | ) | 1:08-cv-00269 OWW GSA |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| | ) | |
| v. | ) | (Document 3) |
| ATTORNEY'S DIVERSIFIED SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

On April 15, 2008, the Magistrate Judge issued Findings and Recommendation that Plaintiff's action be dismissed for failure to obey the court's order entered on February 29, 2008. This Findings and Recommendation were served on Plaintiff and contained notice that any objections to the Findings and Recommendations were to be filed within thirty (30) days after being served with the order. Over thirty (30) days have passed and the Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation are supported by the record and proper analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued April 15, 2008, are ADOPTED IN FULL; and

2. This action is dismissed for failure to obey the court's order entered on February 29, 2008.

IT IS SO ORDERED.

**Dated:   June 2, 2008**                             /s/ Oliver W. Wanger
                                                        UNITED STATES DISTRICT JUDGE